CℰM

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED

2007 OCT 10 PM 3: 23

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | Magistrate Case No. |
| | ) | **07 MJ 2423** |
| Plaintiff, | ) | |
| | ) | COMPLAINT FOR VIOLATION OF: DEPUTY |
| v. | ) | |
| | ) | Title 8 U.S.C., Sec. 1324 (a)(1)(A)(ii) |
| **Steven William SMITH,** | ) | Transportation of Illegal |
| | ) | Aliens |
| | ) | |
| Defendant(s) | ) | |
| | ) | |

The undersigned complainant, being duly sworn, states:

On or about **October 9, 2007,** within the Southern District of California, defendant **Steven William SMITH** with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that aliens, namely, **Abraham ACEVEDO-Del Villar, Gabriel AGUILAR-Gonzalez, and Oscar Daniel JIMENEZ-Pena** had come to, entered and remained in the United States in violation of law, did transport and move, said aliens within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Michael A. Leal
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **10ᵗʰ** DAY OF **OCTOBER, 2007**

Leo S. Papas
UNITED STATES MAGISTRATE JUDGE

*C̶E̶₦̶*

**CONTINUATION OF COMPLAINT:**
**Steven William SMITH**

## PROBABLE CAUSE STATEMENT

Furthermore, the complainant states that **Abraham ACEVEDO-Del Villar, Gabriel AGUILAR-Gonzalez,** and **Oscar Daniel JIMENEZ-Pena** are citizens of a country other than the United States; that said aliens have admitted that they are deportable; that their testimony is material, that it is impracticable to secure their attendance at the trial by subpoena; and they are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On October 9, 2007 Senior Border Patrol Agent (SPA) C. Stone was assigned P.D. Transport duties for the Chula Vista Border Patrol Station. At approximately 2 A.M. Agent Stone responded to a request to meet with a San Diego Police Officer who stopped a suspected load van on southbound I-5 one quarter mile north of State Route 163 on ramp. When Agent Stone arrived he contacted Officer B. Hulbert who relayed the following information;

On October 9, 2007 Officer Hulbert was stationary in his police vehicle at the 7400 block of Girard Avenue. At approximately 1:50 A.M. officer Hulbert was flagged down by a passing motorist. The citizen hurriedly reported that he had just seen what he thought was a group of suspected illegal aliens entering a large size GMC Astro van with California license plates, from the beach near the children's pool in La Jolla. He hurriedly pointed saying that the van had gone northbound on Torrey Pines Road just a moment ago. Officer Hulbert immediately drove in this direction and searched the area until he came across a van matching the description and the license plate. The vehicle was taking the south bound on-ramp to Interstate 5 from eastbound La Jolla Parkway. Officer Hulbert relayed this information over the radio and proceeded to follow the van for further observation. He saw that the left tail light intermittently malfunctioned going on and off. When covering units arrived Officer Hulbert performed a vehicle stop. The van yielded on southbound Interstate 5 north of the 10th Street exit.

Officer Hulbert approached the van from the right side and immediately noticed numerous people lying down on all the floor areas behind the two front seats. Suspecting that this was a smuggling load he had the front seat passenger and the driver, later identified as the defendant **William Steven SMITH**, exit the vehicle through the right front door where they were handcuffed upon exiting. The rest of the occupants were secured in similar manner as they exited through the right cargo door. All seven occupants were seated on the ice plant next to the parked van until Border Patrol arrived. Officer Hulbert observed that all of the occupants other than the driver, were wet with sand and water. He found various cell phones water proofed in plastic wrap, white and blue nylon life jackets, sand and seaweed in the cargo area of the van.

Shortly after SPA Stone arrived one of the secured passengers ran away and absconded. Before Agent Stone could interview him, the defendant began complaining about a medical problem. Emergency medical services were called and at 3 A.M. the defendant was transported via ambulance to UCSD Medical Center for treatment.

Agent Stone identified himself to the remaining five occupants of the van as a Border Patrol Agent. Each of them admitted to being citizens of Mexico illegally present in the United States. All were taken into custody and transported Chula Vista Station for processing. At approximately 4:30 AM Supervisory Border Patrol Agent Wallace arrived at UCSD Medical Center and placed the defendant under arrest for alien smuggling.

**CONTINUATION OF COMPLAINT:**
**Steven William SMITH**

## MATERIAL WITNESSES STATEMENTS:

Abraham ACEVEDO-Del Villar, Gabriel AGUILAR-Gonzalez, and Oscar Daniel JIMENEZ-Pena admit to being citizens and nationals of Mexico illegally present in the United States. All agree in summary to the following; all admit to making arrangements to be smuggled into the United States by means of crossing United States territorial waters. They were to pay in amounts ranging from $1800 to $3000 US Dollars. On October 8, 2007 all were taken by taxi to Rosarito, Baja California, Mexico. They were driven to the water's edge where seafood restaurants and fishing boats were nearby. They were told to go to an awaiting boat. It was approximately six meters long by two meters wide open boat that had no seats and appeared to have been stripped bare except for a motor at the back. Two men in the boat, possibly smugglers, directed them to board in. A group of approximately seven people boarded the boat and were taken out to sea.

The crew of the boat told them that if they were ever stopped by law enforcement to say that they were fishing. The boat traveled for about an hour and a half before it stopped in the ocean. They waited for about an hour before another boat arrived and pulled alongside them. It was a Bayliner type boat. The people were transferred to the second boat. The second boat then pulled away with them. They traveled for several hours guiding on the city lights until arriving near shore. The pilot of the boat told them to run to a nearby van he was pointing to. The group jumped into waist deep water and waded ashore where they ran to an awaiting van. The rear cargo door was open and all went to the back of it. The defendant stated that one of them could sit in the front passenger seat. Material witness JIMENEZ then climbed into the seat. They drove for about 10 minutes before being stopped by the police. All material witnesses identified the defendant as the driver through up photographic line-up.