# UNITED STATES DISTRICT COURT

SOUTHERN           DISTRICT OF           CALIFORNIA

### APPEARANCE

Case Number: 07mj2423

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

STEVEN WILLIAM SMITH

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 10/15/2007 | /s/ JASON I. SER |
| Date | Signature |
| | Jason I. Ser / Federal Defenders of SD — 201816 |
| | Print Name / Bar Number |
| | 225 Broadway, Suite 900 |
| | Address |
| | San Diego, CA 92101 |
| | City / State / Zip Code |
| | (619) 234-8467    (619) 687-2666 |
| | Phone Number / Fax Number |