UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,                )
                                                                        )
                       Plaintiff                                  )        CRIMINAL NO. ___ 07 CR 2960-JAH
                                                                        )                       07 mj 2423
                                                                        )
                       vs.                                         )        ORDER
S̶T̶E̶V̶E̶N̶ ̶W̶I̶L̶L̶I̶A̶M̶ ̶S̶M̶I̶T̶H̶ (1)    )        RELEASING MATERIAL WITNESS
Oscar Daniel Jimenez-Pena (2)     )
                       Defendant(s)                          )        Booking No.
_____ )

On order of the United States District/Magistrate Judge,     **Leo S. Papas**

IT IS HEREBY ORDERED that the following named person heretofore

committed to the custody of the United States Marshal as a material witness be

released from custody:    (Bond Posted / Case Disposed / Order of Court).

GABRIEL AGUILAR - GONZALEZ

DATED: ___11/1/07___

**Leo S. Papas**

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____          OR
                       **DUSM**

                                                        W. SAMUEL HAMRICK, JR.  Clerk
                                                              by        **J. JARABEK**

                                                                  Deputy Clerk